1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C.**
3  2033 Gateway Pl., 5th Floor
   San Jose, CA 95110
4  408-279-2288, ph:  408-279-2299 fax

5  Attorneys for Plaintiff
   SHAHLA HOWELL
6

7

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN JOSE DIVISION**

11

12  SHAHLA HOWELL,                                 Case No.  5:15-cv-01927-lhk

13          Plaintiff,                             STIPULATED REQUEST FOR
                                                   DISMISSAL PURSUANT TO FEDERAL
14  v.                                             RULE OF CIVIL PROCEDURE
                                                   41(a)(1)(A)(ii)
15  EXPERIAN INFORMATION SOLUTIONS,
    INC.,; EQUIFAX, INC.; LOANMART;
16  ACCEPTANCE NOW; CAPITAL ONE
    FINANCIAL CORPORATION; AFNI, INC.;
17  GREATER CALIFORNIA FINANCIAL
    SERVICES and DOES 1 through 100
18  inclusive,

19          Defendants.

20

21  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

22       IT IS HEREBY STIPULATED by and between Plaintiff Shahla Howell and Defendant

23  RAC Acceptance, LLC dba Acceptance Now, that the above-entitled action be dismissed with

24  prejudice with respect to Defendant Acceptance Now only.  Each party shall bear its own

25  attorney's fees and costs.

26  ///

27  ///

28  ///

   STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER - 1

| | | |
|---|---|---|
| 1 | Dated: May 14, 2015 | SAGARIA LAW, P.C. |
| 2 | | |
| 3 | | By: */s/ Elliot Gale* |
| 4 | | Elliot Gale<br>Attorneys for Plaintiff |
| 5 | | SHAHLA HOWELL |

Dated: May 14, 2015            BURKE, WILLIAMS & SORENSEN, LLP

By: /s/ 
    Georgette R. Herget, Esq.
    Attorneys for Defendant
    RAC ACCEPTANCE, LLC dba
    ACCEPTANCE NOW

**[PROPOSED] ORDER**

IT IS SO ORDERED/

DATED: May 22, 2015                 *Lucy H. Koh*
                                          UNITED STATES DISTRICT JUDGE

I, Elliot Gale, hereby certify that I am an ECF registered user and Georgette R. Herget has concurred in this electronic filing.