UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHLA HOWELL,<br><br>            Plaintiff,<br><br>     v.<br><br>CAPITAL ONE FINANCIAL CORPORATION, et al.,<br><br>            Defendants. | Case No. 15-CV-01927-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Elliot Gale
Defendant AFNI Inc.'s Attorney: David Dalby
Defendant Greater California Financial Services' Attorney: No appearance
Defendant Capital One Financial Corp.'s Attorney: No appearance

An initial case management conference was held on September 2, 2015. The Court did not set a case schedule. A further case management conference is set for October 7, 2015, at 2:00 p.m. The parties shall file their joint case management statement by September 30, 2015.

Plaintiff and Defendant AFNI Inc. shall file a stipulation of dismissal no later than September 8, 2015.

Plaintiff and Defendant Greater California Financial Services shall file a stipulation of dismissal no later than September 8, 2015.

Pursuant to Federal Rule of Civil Procedure 4(m), the Court found that Plaintiff made a

1

Case No. 15-CV-01927-LHK
CASE MANAGEMENT ORDER

showing of good cause for Plaintiff's failure to timely serve Defendant Capital One Financial Corp. ("Capital One"). Plaintiff shall perfect service on Capital One by September 30, 2015.

**IT IS SO ORDERED.**

Dated: September 2, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-01927-LHK
CASE MANAGEMENT ORDER