UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAHLA HOWELL,<br><br>    Plaintiff,<br><br>    v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; et al.,<br><br>    Defendants. | Case No. 15-CV-01927-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Elliot Gale
Defendant Capital One Financial Corporation's Attorney:  Chelsea Lynn Diaz
Defendant Greater California Financial Services' Attorney:  No appearance

    A case management conference was held on October 7, 2015.  A further case management conference is set for February 10, 2016, at 2:00 p.m.  The parties shall file their joint case management statement by February 3, 2016.

    The Court referred Plaintiff and Defendant Capital One Financial Corporation to Court ENE with a deadline of March 8, 2016.

    Plaintiff and Defendant Greater California Financial Services shall file a stipulation of dismissal no later than October 23, 2015.

    The Court set the following case schedule:

1

Case No. 15-CV-01927-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
|---|---|
| **Deadline to Exchange Initial Disclosures** | October 27, 2015 |
| **Deadline to File Protective Order** | November 3, 2015 |
| **Deadline to Amend Pleadings** | November 10, 2015 |
| **Opening Expert Reports** | April 29, 2016 |
| **Rebuttal Expert Reports** | May 20, 2016 |
| **Close of Discovery (Fact and Expert)** | June 10, 2016 |
| **Last Day to File Dispositive Motions** (one per side in entire case) | June 23, 2016 |
| **Hearing on Dispositive Motions** | July 28, 2016, at 1:30 p.m. |
| **Final Pretrial Conference** | September 29, 2016, at 1:30 p.m. |
| **Jury Trial** | October 17, 2016, at 9:00 a.m. |
| **Length of Trial** | 2 days |

**IT IS SO ORDERED.**

Dated: October 7, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge